

Kevin R. Anderson (4786)
Marji Hanson (5712)
Sherrie Rivera (8348)
OFFICE CHAPTER 13 TRUSTEE
32 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## NORTHERN DIVISION

| In re: | Case No. 00-28922 |
|---|---|
| STEFAN T. CHATWIN, | Chapter 13 |
| Debtor. | Judge Judith A. Boulden |
| | *(Hearing Date: March 14, 2001, 9:30 a.m.)* |

### TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY

Pursuant to Local Rule of Bankruptcy Practice 4001-1, Kevin R. Anderson, Chapter 13 Trustee, by and through counsel, states that he has reviewed the Motion for Relief from Stay in the above-captioned case filed by USAA Federal Savings Bank and responds as follows:

1. The Debtor(s) is/are four (4) months delinquent on pre-confirmation interim Chapter 13 Plan payments to the Trustee in the total amount of $3,400.00 through February 22, 2001. A copy of the debtor(s) payment history is attached as "Exhibit A". The confirmation hearing on the Debtor(s)' Plan is set for March 22, 2001.

2. The Trustee has no objection to the Motion, to the entry of an order granting the relief requested, or to any compromise between the Creditor and the Debtor(s) provided that:

    a. In the event the motion is granted, the Trustee requests that he be provided with a conformed copy of the Order for Relief as soon as possible thereafter

and, if appropriate, that the Creditor file a proof of claim with the Clerk of the Bankruptcy Court within 180 days of the hearing date set in this matter and serve a copy on the Trustee setting forth the amount of any claim remaining after disposition of the collateral or collection from the co-debtor of any part of the claim that is subject to the Order of Relief and not paid through the Debtor(s)' Chapter 13 Plan;

    b. Any Order for Relief that requires approval by the Trustee must include a provision that, in the event relief is granted and no amended proof of claim is filed by the Creditor within 120 days of the hearing date set for this matter, the Trustee shall reduce the secured portion of such claim to zero and cease any further distributions for payment of the secured claim to the creditor through the Plan; or,

    c. Any agreement by the Debtor(s) to cure pre-confirmation arrearages and/or charges be supported by an affidavit of the Debtor(s) explaining the failure to pay current post-petition expenses and an amended budget to be filed with the Clerk of the Bankruptcy Court and served upon the Trustee prior to submission of the stipulation to cure arrearage to the Trustee for approval.

    d. If the Motion is resolved by compromise or settlement, the agreement must be reduced to an order to be approved as to form and content by the Trustee, **and that the order regarding compromise includes provisional language**

**requiring the Debtor(s) to cure the pre-confirmation arrearage to the Trustee within 30 days, and remain current thereafter.**

DATED this _23_ day of February, 2001.

_____
Kevin R. Anderson, Esq.
Marji Hanson, Esq.
Sherrie Rivera, Esq.
Office of Standing Chapter 13 Trustee

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the _23_ day of February, 2001.

L. MARK FERRE
1366 E. MURRAY HOLLADAY ROAD
SALT LAKE CITY, UTAH 84117

KEVIN D. WHATCOTT ESQ.
1846 SOUTH 300 WEST
SALT LAKE CITY, UT 84115

_____
Office Chapter 13 Trustee

3

**EXHIBIT "A"**

TRUSTEE'S ACCOUNTING OF RECEIPTS FROM DEBTOR AS OF Thu Feb 22, 2001

| | | |
|---|---|---|
| CASE NUMBER: 00B-28922 | Petition Date | : Fri Aug 11, 2000 |
| DEBTOR NAME: STEFAN T. CHATWIN | 341 Date | : Thu Sep 14, 2000 at 3:00 PM |
| | Bar Date | : Dec 13, 2000 |
| ATTORNEY: KEVIN D. WHATCOTT ESQ. | Confirmation By Consent | : |
| JUDGE: JUDITH A. BOULDEN | Contested Confirmation | : Thu Mar 22, 2001 |
| DIVISION: NORTHERN | 1st Delinquency Letter | : |
| | 2nd Delinquency Letter | : Mon Jan 22, 2001 |

### PAYMENTS RECEIVED

| Date Received | Type of Payment and Check Number | | Payment Amount | Amount Paid to Date |
|---|---|---|---|---|
| Sep 15, 2000 | MONEY ORDER | 02-259283225 | 350.00 | 350 |
| Sep 15, 2000 | MONEY ORDER | 02-259283224 | 500.00 | 850 |

Total Paid In $    850.00

BE   (fg #16)